FILED
John E. Triplett, Clerk of Court
United States District Court
By jamesburrell at 8:54 am, Aug 02, 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | INFORMATION NO: 4:24cr-75 |
|---|---|---|
| | ) | |
| v. | ) | 18 U.S.C. §§ 7 and 13 |
| | ) | |
| ERIC C. BEAN | ) | 18 U.S.C. § 113(a)(4) |
| | ) | Assault |
| | ) | |
| | ) | 18 U.S.C. § 113(a)(4) |
| | ) | Assault |
| | ) | |
| | ) | O.C.G.A. § 16-11-37 |
| | ) | Terroristic Threats and Acts |
| | ) | |
| | ) | O.C.G.A. § 16-11-39 |
| | ) | Disorderly Conduct |

**THE UNITED STATES ATTORNEY CHARGES:**

<u>COUNT ONE</u>
*Assault*
18 U.S.C. § 113(a)(4)

On or about April 15, 2024, in the Southern District of Georgia, on land within the special maritime and territorial jurisdiction of the United States and under the concurrent jurisdiction of the United States and the State of Georgia, namely Fort Stewart Military Reservation,

**ERIC C. BEAN,**

did assault M. M., by pushing her into a shed door, in violation of Title 18, United States Code, Section 113(a)(4).

## **COUNT TWO**
*Assault*
18 U.S.C. § 113(a)(4)

On or about April 15, 2024, in the Southern District of Georgia, on land within the special maritime and territorial jurisdiction of the United States and under the concurrent jurisdiction of the United States and the State of Georgia, namely Fort Stewart Military Reservation,

**ERIC C. BEAN,**

did assault M. M., by striking her multiple times, in violation of Title 18, United States Code, Section 113(a)(4).

## COUNT THREE
*Terroristic Threats and Acts*
O.C.G.A. § 16-11-37

On or about April 15, 2024, in the Southern District of Georgia, on land within the special maritime and territorial jurisdiction of the United States and under the concurrent jurisdiction of the United States and the State of Georgia, namely Fort Stewart Military Reservation,

**ERIC C. BEAN,**

did unlawfully threaten to assault M. M. and her children, in violation of Title 18, United States Code, Sections 7 and 13, and the Official Code of Georgia Annotated, Section 16-11-37.

## COUNT FOUR
*Disorderly Conduct*
O.C.G.A. § 16-11-39

On or about April 15, 2024, in the Southern District of Georgia, on land within the special maritime and territorial jurisdiction of the United States and under the concurrent jurisdiction of the United States and the State of Georgia, namely Fort Stewart Military Reservation,

**ERIC C. BEAN,**

did engage in disorderly conduct by acting in a violent and tumultuous manner towards another person whereby such person was placed in reasonable fear of the safety of such person's life, limb, and health, to wit: threating to physically assault M. M., in violation of Title 18, United States Code, Sections 7 and 13, and the Official Code of Georgia Annotated, Section 16-11-39.

    JILL E. STEINBERG
    UNITED STATES ATTORNEY

    */s/ Michael Z. Spitulnik*

    Michael Z. Spitulnik
    Special Assistant United States Attorney
    IL Bar No. 6321559